Dated: 8/14/2019

Reconsideration is hereby denied. See In re Wedgestone Financial, 141 B.R. 7 (Bankr. D. Mass. 1992) ("Initial arguments are not to be treated as a dress rehearsal for a second attempt to prevail on the same matter.").

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>SHARLENE GREER-ALLEN,<br>       Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 7<br>CASE NO. 17-12935 |
| SHARLENE GREER-ALLEN,<br>       Plaintiff<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1,<br>       Defendants | ADVERSARY PROCEEDING<br>NO. 17-01129 |

### MOTION FOR RECONSIDERATION OF ORDER OF JULY 29, 2019 CONCERNING THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT

NOW COMES the Plaintiff, Sharlene Greer-Allen ("Sharlene Greer-Allen" or "Plaintiff"), and, pursuant to Fed. R. Bankr. Pro. 9023 and Fed. R. Civ. Pro. 59(e), hereby moves for the reconsideration and the altering of judgment of the Court's decision and order granting the Defendants' Motion for Summary Judgment and denying the Plaintiff's Motion for summary Judgment. As grounds therefor, the Plaintiff hereby states as follows:

### STATEMENT OF FACTS AND APPLICABLE LEGAL STANDARD

1. On February 20, 2018, the Plaintiff filed her Motion for Summary Judgment along with a memorandum of law and the affidavit of the defendant in support of the Motion for Summary

-1-